# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE DIVISION

CAUSE NO.

| | |
|---|---|
| JORGE BETANCOURT AND MELISSA BETANCOURT, | ) ) ) |
| PLAINTIFFS, | ) ) |
| v. | ) ) |
| RABCO INTERNATIONAL, LLC, DOING BUSINESS AS RABCO TRUCKING, AND YOLANDA CHAVEZ, | ) ) ) ) |
| DEFENDANTS. | ) |

**JURY DEMAND**

## COMPLAINT

Plaintiffs Jorge Betancourt and Melissa Betancourt, by counsel, hereby assert claims for relief against Defendants Rabco International, LLC, doing business as Rabco Trucking, and Yolanda Chavez. In support hereof, the Plaintiffs state and allege:

1. At all times relevant herein, Jorge Betancourt and Melissa Betancourt are citizens in the State of Indiana.

2. At all times relevant herein, Jorge Betancourt and Melissa Betancourt were married, living together, and citizens of the State of Indiana.

3. At all times relevant herein, Yolanda Chavez was a citizen of the State of Texas.

4. At all times relevant herein, Rabco International, LLC was doing business in the State of Tennessee and doing business as Rabco Trucking.

Page 1 of 4

5. At all times relevant herein, Rabco International, LLC was a for-profit limited liability company formed under the laws of the State of Texas with its principal place of business located at 14218 Business Avenue, Laredo, Texas.

6. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship among the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7. At all times relevant herein, Yolanda Chavez was an employee of Rabco International, LLC and working within the scope of said employment.

8. At all times relevant herein, Rabco International, LLC was a motor carrier subject to the provisions of the Federal Motor Carrier Safety Regulations.

9. On August 22, 2021, at approximately 4:33 p.m., Jorge Betancourt was driving a Chrysler, in which Melissa Betancourt was a passenger, eastbound on Interstate 40 in Knoxville, Knox County, Tennessee.

10. At said date and time, Yolanda Chavez was driving a Semi-Tractor and Trailer eastbound on Interstate 40 in Knoxville, Knox County, Tennessee.

11. At all times relevant herein, the Semi-Tractor and Trailer being operated by Yolanda Chavez was a commercial motor vehicle subject to the provisions of the Federal Motor Carrier Safety Regulation.

12. At all times relevant herein, as the driver of the Semi-Tractor and Trailer, Yolanda Chavez was subjected to the provisions of the Federal Motor Carrier Safety Regulations.

13. At said date and time, Yolanda Chavez was negligent in driving the Semi-

Tractor and Trailer including failing to use reasonable care, failing to maintain proper control, failing to keep a proper lookout, driving at an unreasonable speed under the circumstances, and changing from one traffic lane to another when the movement could not be made with reasonable safety, failing to use a hand or turn signal to indicate a lane change, and failing to yield the right-of-way.

14. On August 22, 2021, at approximately 4:33 p.m., the negligent conduct of Yolanda Chavez in driving the Semi-Tractor and Trailer was a proximate cause of a collision with the Chrysler being occupied by Jorge Betancourt and Melissa Betancourt.

15. The negligent conduct of Yolanda Chavez was the unexcused violation of one or more laws designed to protect the class of persons, including Jorge Betancourt and Melissa Betancourt, against the type of harm which occurred because of the violation.

16. The negligent conduct of Yolanda Chavez was a proximate cause of Jorge Betancourt experiencing harms, including injuries, pain, suffering, and damages.

17. The negligent conduct of Yolanda Chavez was a proximate cause of Melissa Betancourt experiencing harms, including injuries, pain, suffering, and damages.

18. The negligent conduct of Yolanda Chavez is attributable to Defendant Rabco International, LLC.

**WHEREFORE**, Plaintiffs Jorge Betancourt and Melissa Betancourt pray that the Court enters a judgment against Defendants Rabco International, LLC doing business as Rabco Trucking, and Yolanda Chavez for compensatory damages in an amount sufficient to remedy the harms to Plaintiffs Jorge Betancourt and Melissa

Betancourt, for costs, for a trial by jury on all issues in this cause, and all other just and proper relief in the premises.

Respectfully submitted,

| CRAIG KELLEY & FAULTLESS LLC | ELDRIDGE & BLAKNEY, P.C. |
|---|---|

/s/ *David W. Craig*
David W. Craig
Indiana Supreme Court #4356-98
Motion for Admission *Pro Hac Vice* Pending

/s/ *Scott A. Faultless*
Scott A. Faultless
Indiana Supreme Court #15736-49
Motion for Admission *Pro Hac Vice* Pending
CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

/s/ *Tasha C. Blakney*
Tasha C. Blakney, #019971
Attorneys for Plaintiffs
ELDRIDGE & BLAKNEY, P.C.
400 West Church Avenue, Suite 101
Knoxville, TN 37902
(865) 544-2010
(865) 544-2015 (facsimile)